# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RACHAEL M. CHANEY, DOUG C. DAVIS, JULIE M. DAVIS, GARY W. DOSS, AND REBECCA R. DOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>PERDUE FARMS INC., FPP BUSINESS SERVICES INC. d/b/a PERDUE FARMS INC., PERDUE AGRIBUSINESS LLC, PERDUE AGRIBUSINESS INCORPORATED d/b/a PERDUE AGRIBUSINESS LLC, PERDUE AGRIBUSINESS GRAIN LLC d/b/a PERDUE AGRIBUSINESS LLC, PERDUE FOODS LLC, and PERDUE FOODS INCORPORATED d/b/a PERDUE FOODS LLC,<br><br>       Defendants. | C.A. No.: 1:24-cv-2975 |

## REQUEST FOR HEARING

Plaintiffs, by and through undersigned counsel, and pursuant to Local Rule 105(6), request a hearing on Defendants Motion to Dismiss or Stay (ECF No. 23), Plaintiffs' Response in Opposition to Defendants Motion to Dismiss or Stay (ECF No. 33), and Defendants Reply in Support of Motion to Dismiss or Stay (ECF No. 36), all of which are currently pending before this Court.

Respectfully Submitted,

**BROCKSTEDT MANDALAS FEDERICO LLC**
*/s/ Philip C. Federico*
Philip C. Federico, Fed ID No. 01216
Chase T. Brockstedt (Admitted *pro hac vice*)
Brent P. Ceryes, Fed ID No. 19192
A. Wray Fitch, IV, Fed ID No. 19722
Catherine M. Cramer (Admitted *pro hac vice*)

        Matthew P. Legg, Fed ID No. 19904
        Stella D. Pratt (Admitted *pro hac vice*)
        Tel: (410) 421-7777
        Fax: (443) 241-7122
        pfederico@lawbmf.com
        cbrockstedt@lawbmf.com
        bceryes@lawbmf.com
        wfitch@lawbmf.com
        ccramer@lawbmf.com
        mlegg@lawbmf.com
        spratt@lawbmf.com

        *Counsel for Plaintiffs*

Dated: April 7, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2025, a copy of the foregoing was filed with the Clerk of the U.S. District Court for the District of Maryland and served on all counsel of record via the Court's electronic case filing system.

/s/ *Philip C. Federico*
**Brockstedt Mandalas Federico LLC**
Philip C. Federico, Fed ID No. 01216
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Tel: (410) 421-7777
pfederico@lawbmf.com