**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

April 10, 2025

**LETTER ORDER**

Re:  *Chaney, et al. v. Perdue Farms, Inc., et al.*
     Civil Case No. SAG-24-2975

Dear Counsel:

The Court has reviewed the notice, ECF 37, with attached exhibit, ECF 37-1, filed by Defendants, and the correspondence, ECF 39, filed by Plaintiffs. Defendants state that they submitted ECF 37-1 "[a]s an update to the exhibits supporting their Motion to [Dismiss or] Stay," ECF 23. Defendants need to make an election. If Defendants would like the Court to consider ECF 37-1 when evaluating the Motion to Dismiss or Stay, ECF 23, Defendants should produce to Plaintiffs the January 21, 2025 environmental assessment prepared by Langan Engineering and Environmental Services, LLC ("Langan Assessment") and referenced in ECF 37-1. Should Defendants decide not to produce the Langan Assessment, the Court will not take ECF 37-1 into consideration when adjudicating the pending Motion to Dismiss or Stay, ECF 23.

Regarding Plaintiffs' request for a hearing on Defendants' Motion to Dismiss or Stay, ECF 38, the Court will consider the need for a hearing when it evaluates the pending motion for disposition. *See* Loc. R. 105.6 (D. Md. 2023).

Despite the informal nature of this letter, it constitutes an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge