IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RACHEL M. CHANEY, DOUG C. DAVIS, JULIE M. DAVIS, GARY W. DOSS, AND REBECCA R. DOSS,<br><br>         Plaintiffs,<br>v.<br><br>PERDUE FARMS INC., FPP BUSINESS SERVICES INC. d/b/a PERDUE FARMS INC., PERDUE AGRIBUSINESS LLC, PERDUE AGRIBUSINESS INCORPORATED d/b/a PERDUE AGRIBUSINESS LLC, PERDUE AGRIBUSINESS GRAIN LLC d/b/a PERDUE AGRIBUSINESS LLC, PERDUE FOODS LLC, and PERDUE FOODS INCORPORATED d/b/a PERDUE FOODS LLC,<br>         Defendants. | C.A. No.: 1:24-cv-02975 |

**RESPONSE TO ORDER FROM COURT (ECF 40)**

Defendants hereby submit, attached to this Response, the January 21, 2025 environmental assessment prepared by Langan Engineering and Environmental Services, LLC that was referenced in ECF 37-1.

Dated: April 14, 2025

Respectfully submitted,

                      /s/
Venable LLP
Michael B. MacWilliams
(Federal Bar No. 23442)
Elizabeth C. Rinehart
(Federal Bar No. 19638)
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7400 (phone)
(410) 244-7742 (fax)
mbmacwilliams@venable.com
lcrinehart@venable.com

J. Douglas Baldridge
(Federal Bar No. 11023)
600 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 344-4703 (phone)
(202) 344-8300 (fax)
jbaldridge@venable.com

Derek C. Smith
(*pro hac vice*)
227 West Monroe Street, Suite 1900
Chicago, IL 60606
(312) 210-1521 (phone)
(312) 820-3401 (fax)
dcsmith@venable.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE AND COURTESY COPY

I HEREBY CERTIFY that on April 14, 2025, I electronically filed this Response with the Court and used the CM/ECF system to serve all parties in this action registered with that system.

I FURTHER CERTIFY that a paper courtesy copy of the Response shall be delivered to the Court within two business days.

                    /s/
Elizabeth C. Rinehart