**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RACHEL M. CHANEY, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil Case No.: SAG-24-02975** |
| **PERDUE FARMS INC., *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * *

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Perdue's motion to dismiss or, in the alternative, motion to stay, ECF 23, is GRANTED IN PART AND DENIED IN PART. Counts Six and Seven of the Complaint will be DISMISSED WITHOUT PREJUDICE and the case will proceed, with no stay, as to the remaining counts. Plaintiffs' motion for leave to file a surreply, ECF 42, is DENIED AS MOOT.

Dated: August 12, 2025

/s/
Stephanie A. Gallagher
United States District Judge