IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rachel M. Chaney, et al
*
Plaintiff(s)
*
vs. Civil Action No. 24-02975-SAG
*
Perdue Farms Inc. et al
*
Defendant(s)
******

As discussed on today's recorded telephone conference, it is this 20th day of August, 2026, ORDERED the deadline to file an amended complaint is set for September 30, 2026.

Date: August 20, 2026

/s/
Stephanie A. Gallagher
United States District Judge